UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 2:94-CR-108-FTM-17

JERMAINE A. YOUNG.

_____/

ORDER

This cause is before the Court on:

Dkt. 370  Motion Pursuant to 18 U.S.C. Sec. 3613(b) to Terminate Restitution
Dkt. 372  Response

Defendant Jermaine A. Young, pro se, requests the Court to enter an Order pursuant to 18 U.S.C. Sec. 3613(b) terminating restitution payment.

The Government does not oppose Defendant Young's Motion.

Defendant Young was sentenced on February 2, 1996. Restitution in the amount of $8,396.36 was imposed pursuant to the Victim and Witness Protection Act.

Defendant Young requests termination of restitution because restitution imposed as part of sentencing expired twenty years after entry of judgment. 18 U.S.C. Sec. 3613(b) (1994); United States v. Walker, 698 Fed. Appx. 584 (11th Cir. 2017)(MVRA was enacted on April 24, 1996; MVRA provides that

Case No. 2:94-CR-108-T-17

amendments made pursuant to the MVRA are effective for sentencing proceedings in cases in which the defendant is convicted on or after the date of enactment of the Act).

After consideration, the Court grants Defendant Young's Unopposed Motion to Terminate Restitution. Accordingly, it is

**ORDERED** that pro se Defendant Jermaine A. Young's Motion Pursuant to 18 U.S.C. Sec. 3613(b) to Terminate Restitution Payment (Dkt. 370) is **granted**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 2nd day of August, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

Pro Se Defendant:

Jermaine A. Young
#85825-020
COLEMAN USP 1
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 1033
Coleman, Florida   33521-1033